CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America v. **Trinity Lee Hudgens** DOB: 1993; United States Citizen | DOCKET NO. MAGISTRATE'S CASE NO. 22-08711MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 27, 2022, in the District of Arizona, **Trinity Lee Hudgens,** knowing or in reckless disregard that certain aliens, including Genaro De Jesus Vazquez-Cortez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 27, 2022, at approximately 9:23 a.m., Border Patrol Agents (BPAs) were informed by a Mobile Surveillance Capability (MSC) camera truck operator they had visual of a white sedan traveling north on South Kings Ranch Road. The camera operator also stated the white sedan was seen traveling southbound approximately 10 minutes prior. BPAs responded to the area as the camera operator maintained visual of the vehicle. BPAs gained visual of the vehicle as they turned onto South Palominas Road and initiated a vehicle stop for an immigration inspection. The vehicle turned into a gravel lot and came to a complete stop. BPAs approached the vehicle, and the driver opened the window approximately two inches. BPAs asked the driver to roll the window all the way down and the driver accelerated the vehicle and fled the lot at a high rate of speed. BPAs pursued the vehicle with the help of an Air and Marine Operations (AMO) helicopter. At approximately 9:36 a.m., BPAs observed the vehicle on South Moson Road come to an abrupt stop and three subjects exit the rear passenger door and run east to a fence line. BPAs approached the vehicle and removed the driver, identified as **Trinity Lee HUDGENS**, who was determined to be United States citizen. Other responding BPAs apprehended the three individuals that were seen absconding from the vehicle. The three individuals, to include Genaro De Jesus Vazquez-Cortez, were all determined to be citizens of Mexico or Guatemala illegally present in the United States.

Records checks revealed that Genaro De Jesus Vazquez-Cortez does not possess the proper documentation to enter, pass through or remain in the United States legally. Vazquez-Cortez was previously removed from the United States on August 11, 2012.

Material witness Genaro De Jesus Vazquez-Cortez stated he paid $1,400 up front to cross into the United States and was expected to pay a total of $12,000 once in the United States. Vazquez stated he crossed over the International Boundary Barrier with two other subjects using a rope and ladder. Vazquez stated he was instructed to walk north until he reached a large wash and to follow that wash to the pickup location. Vazquez was given a phone number to call so that they could be picked up by a white car. Vazquez stated once the white car arrived, the driver honked and all three entered the vehicle and laid down in the back. Vazquez stated he did not know where he was being taken and when Border Patrol attempted to pull them over, the driver continued driving at a high rate of speed.

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Genaro De Jesus Vazquez-Cortez

| Detention Requested Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. AUTHORIZED BY: AUSA HNS/pl | SIGNATURE OF COMPLAINANT *[signature]* OFFICIAL TITLE Border Patrol Agent |
|---|---|
| Sworn by telephone x SIGNATURE OF MAGISTRATE JUDGE *[signature]* | DATE July 28, 2022 |

1) See Federal rules of Criminal Procedure, Rules 3, 4.1, and 54

Continued from front page.

22-08711MJ

After waiving his *Miranda* rights, **HUDGENS** stated he was on his way to work and picked up a friend. **HUDGENS** stated his friend asked him to take him somewhere to pick something up. **HUDGENS** stated he was instructed to drive to an unknown location to pick up some people. **HUDGENS** stated he was only following directions and his friend instructed him to stop on a dirt road where three individuals got into his car. **HUDGENS** stated he attempted to pull over, but his friend yelled at him. **HUDGENS** stated that his friend was going to pay him an undisclosed amount of money for picking up the people.